# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ON61 | 9136660 | James Martin | 103 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☒ State Code |
|---|---|
| 1110 09/09/2021 | 18 USC Section 13 ORC 4301.62 |

Place of Offense: Gate 3 Search Lane JSMC-Lima

Offense Description: Factual Basis for Charge — HAZMAT ☐

Open Container

### DEFENDANT INFORMATION

Last Name: Kareem
First Name: Kareem
M.I.: A

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| PWR 4992 | OH | 19 | Volvo D13 | | Purple |

☒ A  If Box A is checked, you must appear in court. See instructions.

☐ B  If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: US Magistrate Court 1716 Spielbusch Ave Room 314 Toledo, OH 43624

Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed KK]

Original - CVB Copy

*9136660*

CVB SCAN 09/23/2021 12:35

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 09 Sept., 20 21 while exercising my duties as a law enforcement officer in the Northern District of Ohio

While performing search duty at Gate 3 JSMC-Lima, at approximately 1110 hours a Purple Volvo D13 driven by Kareem stopped in the search lane to make entry. During consent contraband questioning Kareem stated he had a knife but no drugs or alcohol. It was explained to him the knife would be held for safe keeping and returned to him upon his exit. He said he would secure it in a bag along with other items to be held. He then exited the sleeper portion of the vehicle and came out with a green cloth backpack and a small glass bottle half full of what he said was alcohol he bought ashore. He poured out the alcohol as directed and gave me the backpack to fill out the DA Form 1408 property pass. As I inspected the backpack and found several containers such as glass vials, baggy, Pharma like substance emitting a strong odor of marijuana. A Narc II test kit Lot # N201609040 was utilized on the substance by LT. Murphy and came back positive for marijuana. There was also an empty bag of Zig Zag wraps and another half bottle of what the label said was Hennessy in the backpack. Kareem was processed at the station and issued CVB 9136658 for Possession of Controlled Substance, CVB 9136659 for Possession of Marijuana Drug Paraphernalia and 9136660 for Open Container. He released.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/09/2021  [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.

CVB SCAN 09/23/2021 12:35

Case 2:21-mj-09078-AJD Doc #:14-1 Filed: 10/14/21 2 of 2. PageID #:6 7
CVB SCAN 09/23/2021 12:35

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ON61 | 9136660 | James Martin | 103 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☒ State Code |
|---|---|
| 1110 09/09/2021 | 18 USC Section 13 ORC 4301.62 |

**Place of Offense:** Gate 3 Search Lane JSMC-Lima

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Open Container

### DEFENDANT INFORMATION
Phone: (385) 787-4277

| Last Name | First Name | M.I. |
|---|---|---|
| Kareem | Kareem | A |

**Street Address:** 7400 S. State St.

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Midvale | UT | 84047 | 06/02/1996 |

| Drivers License No. | CDL ☒ | D.L. State | Social Security No. |
|---|---|---|---|
| 194424357 | | UT | 697 02 0407 |

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair BLK | Eyes BRN | Height 5'7" | Weight 136

**VEHICLE** VIN: YV4NG9EJ4KN204543 CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| PWQ 4992 | OH | 19 | Volvo D13 | | Purple |

**APPEARANCE IS REQUIRED** / **APPEARANCE IS OPTIONAL**

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ Forfeiture Amount
+ $30 Processing Fee
$ **Total Collateral Due**

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** US Magistrate Court, 1716 Spielbusch Ave Room 314, Toledo, OH 43624

Date: ____ Time: ____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: KK

Original - CVB Copy

*9136660*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 09 Sept., 20 21 while exercising my duties as a law enforcement officer in the Northern District of Ohio

While performing search duty at Gate 3 JSMC-Lima, at approximately 1110 hours a Purple Volvo D13 driven by Kareem stopped in the search lanes to make entry. During Positive Contraband questioning Kareem stated he had a knife but no drugs or alcohol. It was explained to him the Knife would be held for safe keeping and returned to him upon his exit. He said he would search it in a bag along with other items to be held. He then entered the sleeper portion of the vehicle and came out with a green cloth backpack and a small glass bottle half full of what he said was alcohol he bought aboard. He poured out the alcohol as directed and gave me the backpack to fill out the DA Form 1145 Property Pass. As I inspected the backpack and found several containers with a green/brown leafy, plant like substance emitting a strong odor of marijuana. A Narc II test kit Lot # N201609040 was utilized on the substance by Lt. Murayhard and came back positive for Marijuana. There was also an empty bag of Zig Zag wraps and another half bottle of what the label said was Hennesy in the backpack. Kareem was processed at the station and issued CVB 9136659 for Possession of Controlled Substance, CVB 9136659 for Possession of Marijuana Drug Paraphernalia and 9136660 for open container, then released.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/09/2021  J. M.
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident