# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ON61 | 9136658 | James Martin | 103 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☒ State Code |
|---|---|
| 1100 09/A/2021 | 18 USC Section 13 / ORC 2925.11 |

Place of Offense: Gate 3 Search Lane JSMC-Lima

Offense Description: Factual Basis for Charge — HAZMAT ☐

Possession of Controlled Substance

### DEFENDANT INFORMATION

Last Name: Kaleem
First Name: Kaleem
MI: A

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| PWR4452 | OH | 19 | Volvo 013 | | Purple |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. Magistrate Court, 1716 Spielbusch Ave, Room 318, Toledo, OH 43624

Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9136658*

CVB SCAN 09/23/2021 12:35

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 09 Sept, 2021 while exercising my duties as a law enforcement officer in the Northern District of Ohio

While performing search duty at Gate 3 JSMC-Lima, at approximately 1100 hours a Purple Volvo 013 driven by Kaleem stopped in the search lane to have entry. During routine Constitutional questioning Kaleem stated he had a knife but no drugs or alcohol. It was explained to him the knife would be held for safe keeping and returned to him upon his exit. He said he would secure it in a bag along with other items to be held. He then entered the sleeper portion of the vehicle and came out with a green cloth backpack and a small glass bottle half full of what he said was alcohol he forgot about. He poured out the alcohol as directed and gave me the backpack. To fill out the DA Form 1818 property pass I inspected the backpack and found several containers with a green or leafy, plant like substance emitting a strong odor of marijuana. A Narc II test kit Lot #020609040 was utilized on the substance by Lt. Monaghan and came back positive for marijuana. There was also an empty bag of zig-zag wraps and another half bottle of what the lable said was Hennessey in the backpack. Kaleem was processed at the station and issued CVB 9136658 for Possession of Controlled Substance, CVB 9136659 for Possession of marijuana drug paraphernalia and 9136660 for open containers. Then released.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/07/2021   [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license. CMV = Commercial vehicle involved in incident

CVB SCAN 09/23/2021 12:35

## United States District Court
### Violation Notice

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ON61 | 9136658 | James Martin | 103 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 1100 09/A/2021

Offense Charged: ☒ State Code — 18 USC Section 13 ORC 2925.11

Place of Offense: Gate 3 Search Lane JSMC-Lima

Offense Description: Factual Basis for Charge — Possession of Controlled Substance

**DEFENDANT INFORMATION**
Phone: (385) 787-4277
Last Name: Kaleem
First Name: Kaleem
M.I.: A
Street Address: 7400 S. State ST.
City: Midvale
State: UT
Zip Code: 84047
Date of Birth: 06/02/1996
Drivers License No.: 194429387
CDL: ☒
D.L. State: UT
Social Security No.: 647 02 0407
☒ Adult ☐ Juvenile
Sex: ☒ Male ☐ Female
Hair: BLK
Eyes: BRN
Height: 5'7"
Weight: 136

**VEHICLE** VIN: 4V4NC9EJ8KN204543
Tag No.: PWQ 4952
State: OH
Year: 19
Make/Model: Volvo 013
Color: Purple

APPEARANCE IS REQUIRED — A ☒ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL — B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

**YOUR COURT DATE**
Court Address: U.S. Magistrate Court, 1716 Spielbusch Ave, Room 318, Toledo, OH 43624
Date: ___
Time: ___

X Defendant Signature: [signed]

Original - CVB Copy

*9136658*

CVB SCAN 09/23/2021 12:35

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 09 Sept, 2021 while exercising my duties as a law enforcement officer in the Northern District of Ohio

While performing Search duty at Gate 3 JSMC-Lima, at approximately 1100 hours a Purple Volvo 013 driven by Kaleem stopped in the Search Lane to make entry. During routine contraband questioning Kaleem stated he had a knife but no drugs or alcohol. I explained to him the knife would be held for safe keeping and returned to him upon his exit. He said he would secure it in a bag along with other items to be held. He then entered the sleeper portion of the vehicle and came out with a green cloth backpack and a small glass bottle half full of what he said was alcohol he forgot about. He poured out the alcohol as directed and gave me the backpack. To fill out the DA Form 1818 Property Pass I inspected the backpack and found several containers with a green woody, leafy, plant like substance emitting a strong odor of marijuana. A Nark II test kit Lot # 201609040 was utilized on the substance by Lt. Monaghan and came back positive for marijuana. There was also an empty bag of zig-zag wraps and another half bottle of what the label said was Hennessy in the backpack. Kaleem was processed at the station and issued CVB 9136658 for Possession of Controlled Substance, CVB 9136659 for Possession of Marijuana drug Paraphernalia and 9136660 for open container. Then released.

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/07/2021 [signed] J=M=
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident